UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL GURTON, | : | |
| *Plaintiff*, | : | Case No. 1:23-cv-65 |
| v. | : | Judge Jeffery P. Hopkins |
| CIAN MCGRATH, et al., | : | |
| *Defendants*. | : | |

## SCHEDULING ORDER

A preliminary pretrial conference was held by telephone in this case on July 12, 2023.

Attorneys Jerome Robert Linneman and Henry Louis Sirkin appeared on behalf of Plaintiff;

Attorneys Kimberly Rutowski and Shuva Paul appeared on behalf of Defendants.

### PERTINENT SETTINGS

| | | |
|---|---|---|
| 1. | Disclosures under Rule 26(a)(1): | **8/4/2023** |
| 2. | Deadline for motions directed to pleadings: | **--** |
| 3. | Deadline for motions to amend pleadings and/or add parties: | **9/29/2023** |

*Following these dates, motions directed to pleadings and amendment to pleadings may be made only upon leave of Court, with notice to opposing counsel.*

| | | |
|---|---|---|
| 4. | Disclosure of lay witnesses: | **11/10/2023** |
| 5. | Plaintiff's expert report(s) and designation(s): | **11/10/2023** |
| 6. | Defendant's expert report(s) and designation(s): | **1/19/2024** |
| 7. | Rebuttal expert report(s) and designation(s): | **2/9/2024** |
| 8. | Telephone status conference to discuss settlement negotiations and alternative dispute resolution mechanisms: | **2/21/2024 @ 10:00 a.m.** |

| | | |
|---|---|---|
| 9. | Deadline for discovery: | **2/23/2024** |
| 10. | Dispositive motion deadline: | **4/26/2024** |

*Motions for summary judgment shall not be filed before the close of discovery without leave of Court. See Standing Order Governing Civil Cases.*

| | | |
|---|---|---|
| 11. | Final Pretrial Conference: | **TBD** |
| 12. | Jury Trial to commence: | **TBD** |

**IT IS SO ORDERED**.

Dated: August 25, 2023

Jeffery P. Hopkins
United States District Judge