# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL GURTON,** | : | **Case No. 1:23-cv-065** |
| Plaintiff, | : | **Judge Jeffrey P. Hopkins** |
| vs. | : | |
| | : | **STIPULATED EXTENSION OF TIME FOR CITY DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| **CIAN MCGRATH, et al.,** | : | |
| Defendants. | : | |
| | : | |

Pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Southern District of Ohio and Rule 6(b) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the Defendants City of Cincinnati, Cian McGrath, Nathan Asbury, Jason Voelkerding, Stephen Saunders, Lisa Davis, and Eliot Isaac shall have until January 2, 2024, to move, answer, or otherwise plead. No prior extensions have been afforded the Defendants and this stipulated extension does not exceed 21 days.

Respectfully submitted,

**EMILY SMART WOERNER (0089349)**
**CITY SOLICITOR**

| | |
|---|---|
| *s/ J. Robert Linneman (per email auth.)* | *s/ Kevin M. Tidd* |
| J. Robert Linneman, Esq. | Kevin M. Tidd (0080957) |
| H. Louis Sirkin, Esq. | Supervising Attorney |
| Mark A. Tassone, Esq. | Shuva J. Paul (0088484) |
| Santen & Hughes | Senior Assistant City Solicitor |
| 600 Vine Street, Suite 2700 | 801 Plum Street, Room 214 |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| jrl@santenhughes.com | Phone: (513) 352-4520 |
| hls@santenhughes.com | Fax: (513) 352-1515 |
| mat@santenhughes.com | kevin.tidd@cincinnati-oh.gov |
| *Counsel for Plaintiff* | shuva.paul@cincinnati-oh.gov |
| | *Counsel for City Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify on December 12th, 2023, that a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent electronically unless otherwise indicated:

J. Robert Linneman
H. Louis Sirkin, Esq.
Mark A. Tassone, Esq.
Santen & Hughes
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
jrl@santenhughes.com
hls@santenhughes.com
mat@santenhughes.com
*Counsel for Plaintiff*


Kimberly A. Rutowski, Esq.
Lazarus & Lewis, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202-4322
krutowski@hllmlaw.com
*Co-Counsel for City Defendants*

></br>

                                                */s/ Kevin M. Tidd*
                                                Kevin M. Tidd (0080957)