UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NATHANIEL GURTON,

*Plaintiff*,

v.

CIAN MCGRATH, *et al.*,

*Defendants*.

Case No. 1:23-cv-65

Judge Jeffery P. Hopkins

## SCHEDULING ORDER

A status conference was held by telephone in this case on February 21, 2024. Attorney Robert Linneman appeared on behalf of the Plaintiff. Attorneys Kimberly Rutowski, Shuva Paul, and Kevin Tidd appeared on behalf of the Defendants. Pursuant to the parties' agreement, the Scheduling Order previously entered (Doc. 12) is amended as follows:

### PERTINENT SETTINGS

1. Deadline for discovery: **May 31, 2024**
2. Dispositive motion deadline: **August 2, 2024**

    *Motions for summary judgment shall not be filed before the close of discovery without leave of Court. See Standing Order Governing Civil Cases.*

3. Final Pretrial Conference: **TBD**
4. Jury Trial: **TBD**

**IT IS SO ORDERED**.

Dated: February 21, 2024

Jeffery P. Hopkins
United States District Judge