**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Nathaniel Gurton,  Case No. 1:23-cv-65
    Plaintiff(s),  (Hopkins, DJ ; Litkovitz, MJ)

    vs.

Cian McGrath, et al.,
    Defendant(s).

### ORDER SETTING SETTLEMENT CONFERENCE

This case is hereby set for a settlement conference **on Thursday, June 13, 2024 at 9:00 a.m.**  **(VIA Zoomgov.com VIDEO CONFERENCING).**

Please share the "Zoomgov" invitation email sent to you with your clients and reps so they may join the meeting.

The undersigned U.S. Magistrate Judge will serve as the mediator of the settlement conference.  At least **21 days prior to the Settlement Conference** plaintiff shall submit a fully documented, written settlement demand to defendant.  Defendant shall have **7 days** to respond with a fully documented counter-offer.

Not later than noon, **on June 6, 2024**, each party shall submit to the Magistrate Judge only, and without formal filing with the Clerk, a confidential letter of five pages or less regarding potential settlement, which shall include:

1. A statement of the factual and legal issues;
2. An assessment of liability and damages;
3. A statement of the strengths and weaknesses of the case;
4. A summary of prior settlement negotiations;
5. A proposal as to how to settle this case now; and
6. The names and positions of all persons who will attend the settlement conference.

These confidential letters will be maintained by the Court separate and apart from the case file, and may be delivered by fax (513-564-7691) or email (litkovitz_chambers@ohsd.uscourts.gov).

Throughout the entirety of this settlement conference, **each party** and the lawyers with primary responsibility for the case **shall be present via video conferencing.** In the case of a corporate entity, a **party representative with complete authority** to negotiate a settlement of the case must attend the video conference.

Pursuant to S. D. Ohio Civ. R. 16.3(c), all statements made by the parties relating to the substance or merits of claims or defenses made in the case, whether written or oral, made for the first time during the settlement conference or in the settlement conference statements required above shall be kept confidential by the Court, the parties, and counsel and shall not be admissible in evidence for any reason during the trial of this case.

**IT IS SO ORDERED.**

/s/ *Karen L. Litkovitz*
United States Magistrate Judge