UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL GURTON,** | : | CASE NO. 1:23-CV-065 |
| Plaintiffs, | : | Judge Jeffrey P. Hopkins |
| v. | : | |
| **CITY OF CINCINNATI, et al.** | : | NOTICE OF DEPOSITION OF NATHANIEL GURTON |
| Defendants. | : | |

Notice is hereby given that Defendants City of Cincinnati, Cian McGrath, Nathan Asbury, Jason Voelkerding, Stephen Saunders, Lisa Davis and Eliot Isacc will take the deposition of **Nathaniel Gurton** on **May 2, 2024, at 1:00 p.m.** at the office of Stanten & Hughes, 600 Vine Street, Suite 2700, Cincinnati, Ohio 45202. The deposition will be recorded by stenographic means and will continue day-to-day until completed. Said deposition will be taken for the purpose of discovery and evidence in the trial of this action and for all other purposes permitted by the Federal Rules of Evidence and Rules of Civil Procedure.

Respectfully submitted,

**EMILY SMART WOERNER (0089349)**
**CITY SOLICITOR**

*s/ Kevin M. Tidd*
Kevin M. Tidd (0080957)
Supervising Attorney
Shuva J. Paul (0088484)
Senior Assistant City Solicitor
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Phone: (513) 352-4520
Fax: (513) 352-1515
kevin.tidd@cincinnati-oh.gov
shuva.paul@cincinnati-oh.gov
*Counsel for City Defendants*

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and accurate copy of the foregoing has been filed and served electronically through the Court's ECF System on all parties on this 16th day of April 2024, and served electronically via email the same day.

J. Robert Linneman
H. Louis Sirkin, Esq.
Mark A. Tassone, Esq.
Santen & Hughes
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
jrl@santenhughes.com
hls@santenhughes.com
mat@santenhughes.com
*Counsel for Plaintiff*


Kimberly A. Rutowski, Esq.
Lazarus & Lewis, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202-4322
krutowski@hllmlaw.com
*Co-Counsel for City Defendants*

            *s/ Kevin M. Tidd*
            Kevin M. Tidd (0080957)

\